UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUKE GALARDO,<br><br>    Defendant. | CASE NO. MJ 11-423<br><br>DETENTION ORDER |

<u>Offense charged</u>:    Distribution of Oxycodone

<u>Date of Detention Hearing</u>:    September 14, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

    2.    Defendant resides in California.  He does not have ties to this District.  Although the defendant says he has full custody of both of his children, his mother reports that he shares custody with the mother of his younger son.  Defendant has a substance abuse history including current marijuana and methamphetamine addictions, cocaine use and three unsuccessful inpatient drug treatment programs.

    3.    The AUSA proffers evidence of test messages sent by the defendant to another individual in the course of the investigation leading up to the filing to the instant charges, whereby the defendant allegedly threatened the individual and his family.  Thirty separate text messages were said to be sent in a four day period.

    4.    Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

01     the defendant to a United States Marshal for the purpose of an appearance in connection

02     with a court proceeding; and

03 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

04     for the defendant, to the United States Marshal, and to the United State Pretrial Services

05     Officer.

06 DATED this 14th day of September, 2011.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3